BROWNE WOODS GEORGE LLP
Allan Browne (State Bar No. 34923)
abrowne@bwgfirm.com
Oleg Stolyar (State Bar No. 229265)
astolyar@bwgfirm.com
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel: 310-274-7100 / Fax: 310-275-5697

Attorneys for Plaintiff Halsey McLean Minor

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HALSEY MCLEAN MINOR, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOTHEBY'S, INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 10-04535 SVW (FFm)<br><br>The Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER GRANTING DISMISSAL BY PLAINTIFF<br><br>Complaint filed: May 17, 2010 |

256913_1.DOC

1  IT IS HEREBY ORDERED that the Complaint of Plaintiff, Halsey McLean
2  Minor, is hereby dismissed, in its entirety, with prejudice.

Dated: August 30 2010

_____
Hon. Stephen V. Wilson
United States District Court Judge

256913_1.DOC                                -1-

[PROPOSED] ORDER GRANTING DISMISSAL BY PLAINTIFF